Helen Tenney, appellee, v. Martha Minehan Dinse, appellant. Gen. No. 31,098.

Assumpsit for money had and received. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Ben F. Anderson, Judge, presiding. Heard in the second division of this

court for the first district at the March term, 1926. Reversed and remanded. Opinion filed December 21, 1926. Rehearing denied January 4, 1927.

Alexander J. Innes and Fred B. Silsbee, for appellant. H. T. Fletcher and Charles Hudson, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.